# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Robert F. Kennedy et al. *Plaintiff* v. U.S. Immigration and Customs Enforcement *Defendant* | Case No. 1:22-cv-00929 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justice For Migrant Families, Prisoners' Legal Services of New York, and Robert F. Kennedy Human Rights.

Date: 12/01/2022

/s/ Lauren Michel Wilfong
*Attorney's signature*

Lauren Michel Wilfong (Bar No. 5975529)
*Printed name and bar number*
P.O. Box 27280
Los Angeles, CA 90027

*Address*

lauren.wilfong@justiceactioncenter.org
*E-mail address*

(323) 536-3850
*Telephone number*

(323) 450-7276
*FAX number*