UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ROBERT F. KENNEDY HUMAN RIGHTS et al,

                Petitioner

v.                                              22-CV-929-LJV

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Respondent.

## NOTICE OF APPEARANCE

**TO**:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to enter SCOTT L. SROKA, Assistant United States Attorney for the Western District of New York, as counsel for the Respondent in the above-entitled action.

    **DATED**:    Buffalo, New York, January 18, 2023.

                                  TRINI E. ROSS
                                  United States Attorney
                                  Western District of New York

    BY:    *s/Scott L. Sroka*
                SCOTT L. SROKA
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York 14202
                716-843-5831
                scott.sroka@usdoj.gov