

**PLS**

Prisoners' Legal Services of New York

**IMMIGRATION UNIT**

| Albany Office | Buffalo Office |
|---|---|
| 41 State Street, Suite M112 | 14 Lafayette Square, Suite 510 |
| Albany, New York 12207 | Buffalo, New York 14203 |
| Tel: (518) 694-8699 | Tel.: (716) 844-8266 |
| Fax: (518) 694-4281 | Fax: (716) 854-1008 |

July 16, 2024

<u>*Via CM/ECF*</u>
Hon. H. Kenneth Schroeder, Jr.
U.S. Magistrate Judge
2 Niagara Square
Buffalo, NY 14202

Re: ***Robert F. Kennedy Human Rights et al. v. U.S. Immigration and Customs Enforcement***, No. 1:22-cv-00929-LJV-HKS
**Request for Leave to Withdraw as Counsel**

Dear Judge Schroeder, Jr.:

I write to respectfully request leave to withdraw as counsel for Plaintiffs Robert F. Kennedy Human Rights, Prisoners' Legal Services of New York, and Justice for Migrant Families. This request is made due to the recent cessation of my employment from Prisoners' Legal Services of New York. Plaintiffs are and will continue to be represented by multiple attorneys and, as such, I believe no parties would be prejudiced by this request.

Respectfully submitted,

*/s/ John H. Peng*
John H. Peng
Prisoners' Legal Services of New York
41 State St., Ste. M112
Albany, NY 12207
(518) 694-8699
jpeng@plsny.org

<u>CC (via CM/ECF):</u>
All counsel

1