IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTICE FOR MIGRANT FAMILIES, )<br>PRISONERS' LEGAL SERVICES OF )<br>NEW YORK, and ROBERT F. KENNEDY )<br>HUMAN RIGHTS, )<br>  )<br>  Plaintiffs, )<br>  )<br>  v. )<br>  )<br>U.S. IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, )<br>  )<br>  Defendant. )<br>_____ ) | 22-CV-929 LJV (HKS) |

## DEFENDANT'S STATUS REPORT

Defendant U.S. Immigration and Customs Enforcement ("ICE"), respectfully submits this Status Report pursuant to the Court's April 25, 2023 Decision and Order (ECF No. 21 at 6). Since the issuance of the Court's Order, ICE has processed over 14,500 pages of records over the course of 27 interim releases. ICE will continue to make monthly productions to Plaintiffs until the productions are complete. ICE estimates that there are approximately 6,500 additional pages of potentially responsive records remaining to process.

## ICE'S PROCESSING AND PRODUCTION OF RECORDS

Since ICE's last Status Report to the Court on March 18, 2025, ICE has made three additional productions of records to Plaintiffs. Each production has included an Interim Release Letter stating the number of pages of potentially responsive records processed since the previous production and the number of pages being released in full or in part. The Interim Release Letters

also identified the specific Freedom of Information Act (FOIA) Exemptions applied to each production.

- On March 18, 2025, ICE sent Plaintiffs its Twenty-Fifth Interim Release Letter, stating that it had processed 513 pages of potentially responsive records.

- On April 25, 2025, ICE sent Plaintiffs its Twenty-Sixth Interim Release Letter, stating that it had processed 510 pages of potentially responsive records.

- May 21, 2025, ICE sent Plaintiffs its Twenty-Seventh Interim Release Letter, stating that it had processed 519 pages of potentially responsive records.

ICE will continue to process at least 500 pages per month and produce all relevant documents until its productions are complete.

## *VAUGHN* INDICES

ICE anticipates providing to Plaintiffs *Vaughn* indices for the months of February through April 2025 by June 20, 2025.  ICE will provide *Vaughn* indices retroactively for all previous productions with future status reports as they become available.

## CONCLUSION

Consistent with the Court's April 25, 2023, Order, ICE will submit another Status Report on September 15, 2025.


Dated:  June 16, 2025                    Respectfully submitted,

MICHAEL DIGIACOMO
United States Attorney

BY: S/MICHAEL S. CERRONE
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14202
Telephone: 716-843-5851
Email: michael.cerrone@usdoj.gov